IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARLOS BAYON,

    Plaintiff,

v.                                                                       Civil Action No. **3:19CV873**

NORTHERN NECK
REGIONAL JAIL, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on March 5, 2020, the Court granted Plaintiff leave to proceed *in forma pauperis* and filed the action. On March 16, 2020 and March 30, 2020, the United States Postal Service returned the March 5, 2020 Memorandum Order to the Court marked, "INMATE PAROLED OR RELEASED." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                       /s/
                                                           M. Hannah Lauck
                                                           United States District Judge

Date: April 27, 2020
Richmond, Virginia